UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

MARK STRICKLAND,

        Plaintiff,

v.                                    Civil Action No.: 2:14-14897

WEST VIRGINIA-AMERICAN WATER COMPANY,

        Defendant.

## ORDER

    For the reasons stated in its memorandum opinion and order in lead civil action No. 2:14-14845, entered on December 17, 2015 (ECF No. 70), the court ORDERS that Case No. 2:14-cv-14897, styled as <u>Strickland v. West Virginia-American Water Company</u>, be, and it hereby is, remanded to the Circuit Court of Kanawha County.

    The Clerk is directed to send a copy of this order to counsel of record and any unrepresented parties, along with Mark E Freedlander, Esq., McGuireWoods LLP, 625 Liberty Avenue, 23rd Floor, Pittsburgh, PA 15222.

                                    DATED:    December 28, 2015

                                    Judge John T. Copenhaver, Jr.
                                    United States District Judge